JUSTIN X. WANG (CSB166183)
TRENT GOULDING (CSB 226245)
BAUGHMAN & WANG, PC
39650 Liberty Street, Suite 240
Fremont, CA 94538
justin@lawbw.com
Tel: (510) 623-9668
Fax: (510) 623-9498

Attorney for Plaintiff
Ming Li; Shuping Wang; and
Deyao Wang

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ming Li; Shuping Wang, and Deyao Wang<br><br>                    Plaintiffs<br><br>vs.<br><br>Markwayne Mullin, Secretary of the Department of Homeland Security; Joseph B. Edlow Director, U.S. Citizenship and Immigration Services<br><br>                    Defendants. | **Case:  5:26-cv-2679-BLF**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: May 18, 2026                              respectfully submitted,


___/S/-Justin X. Wang_____

Justin X. Wang, Esq.

Attorney for Plaintiffs

Dismissal                                          1